IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERMAN C. BAKER, AND | ) | CIVIL DIVISION |
| GEORGE CARTER, JR., AND | ) | |
| ROY D. EAVES, AND | ) | |
| EARL G. MINOR, AND | ) | |
| PAUL D. POOLE, | ) | |
| | ) | NO: 02-4885 |
| PLAINTIFFS, | ) | |
| | ) | |
| VS. | ) | **APPEARANCE** |
| | ) | |
| CONSOLIDATED RAIL CORPORATION, | ) | JURY TRIAL DEMANDED |
| AND NORFOLK SOUTHERN RAILWAY | ) | |
| COMPANY, AND CSX TRANSPORTATION, | ) | |
| INC., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**<u>APPEARANCE</u>**

TO:  Michael Kunz, Clerk of Courts

Kindly enter my Appearance on behalf of Defendants, CONSOLIDATED RAIL CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY AND CSX TRANSPORTATION, INC., in the above-captioned matter.  All papers, process, etc., may be served on me at Burns, White & Hickton, 120 Fifth Avenue, Suite 2400, Pittsburgh, Pennsylvania, 15222.

RESPECTFULLY SUBMITTED

BURNS, WHITE & HICKTON

By_____
     John B. Greenlee, Esquire
     Pa. ID# 76579
     Attorney for Defendants,
     (412) 394-2500

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 3RD day of DECEMBER 2002,

a copy of the within was served on all counsel of record, via first class mail:

>            Joseph Cappelli, Esquire
>            Six Tower Bridge
>            Ste. 550
>            181 Washington Street
>            Conshohocken, PA  19428


>            By_____
>              John B. Greenlee, Esquire
>              Attorney for Defendants.