IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BAKER, et al.                         :         CIVIL ACTION
                                      :
            v.                        :
                                      :
                                      :         NO. 02-4885
CONSOLIDATED RAIL, et al.
                        NOTICE

        AND NOW, this 9th day of February, 2006, please take note that a
        [ X ] preliminary pretrial conference
        [   ] final pretrial conference
        [   ] settlement conference
        [   ] status conference
in the above-captioned case will be held on Thursday, February 23, 2006 at 8:30 a.m. before the **HONORABLE BERLE M. SCHILLER.** This conference will be held

        [ X ] in Chambers Room 5614
        [   ] by telephone

        If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date.  Another attorney in such trial counsel's office, who should be as familiar as is feasible with the case, have authority from the client, and an evaluation of the case for settlement purposes, should appear at the conference.

        Failure to comply with this directive may result in the imposition of sanctions. The conference will be continued to another date only under exceptional circumstances.

ATTEST:                                  or    BY THE COURT:


BY:   s/Sheila M. Jeffers               _____
      Sheila M. Jeffers                 Berle M. Schiller, DJ
      Deputy Clerk
      (267)299-7469

ecf: J.Cappelli         J.Greenlee