```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

BAKER, et al.                          :          CIVIL ACTION
                                       :
       v.                         :
                                       :
                                       :          NO. 02-4885
CONSOLIDATED RAIL, et al.

<u>AMENDED NOTICE</u>

      AND NOW, this 9th day of February, 2006, please take note that a

    [ X ] preliminary pretrial conference
    [   ] final pretrial conference
    [   ] settlement conference
    [   ] status conference

in the above-captioned case will be held on Thursday, February 23, 2006 at 8:30 a.m. before the **HONORABLE BERLE M. SCHILLER**. This conference will be held

    [ X ] in Chambers Room 5614
    [   ] by telephone

      If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date. Another attorney in such trial counsel's office, who should be as familiar as is feasible with the case, have authority from the client, and an evaluation of the case for settlement purposes, should appear at the conference.

      Failure to comply with this directive may result in the imposition of sanctions. The conference will be continued to another date only under exceptional circumstances.

ATTEST:                                  or    BY THE COURT:


BY:    <u>s/Sheila M. Jeffers</u>
     Sheila M. Jeffers                      Berle M. Schiller, DJ
     Deputy Clerk
     (267)299-7469

ecf: J.Cappelli            J.Greenlee