IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HERMAN C. BAKER et al.        :        CIVIL ACTION
                              :
    vs.                       :
                              :
CONSOLIDATED RAIL et al.      :        NO. 02-4885 (JKG)

**O R D E R**

AND NOW, this   13th   day of February, 2006, it is hereby

ORDERED that the above-captioned case is referred to the Honorable Berle M. Schiller for monitoring and coordination of the status of discovery, scheduling of arbitration hearing, settlement negotiations, and trial date, and it is

FURTHER ORDERED that the above-captioned case shall remain on the calendar of the judge to whom it is assigned, until further order of this court.

FOR THE COURT:

*s/Harvey Bartle III*
HARVEY BARTLE III
Chief Judge