IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# _____02-4885_____

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, ___Nicole E. Bazzy___ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number ___24750___, for the $40.00 admission fee.

A.     *I state that I am currently admitted to practice in the following state jurisdictions:*

| Pennsylvania | 10/21/02 | 89030 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.     *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Western District of PA | 12/31/02 | 89030 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.     *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*     ___Nicole E. Bazzy, Esquire___

*Nicole E. Bazzy*
(Applicant's Signature)

___September 12, 2008___
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

___Burns, White & Hickton, LLC___
Four Northshore Center, 106 Isabella Street
Pittsburgh, Pennsylvania  15212

(412) 995-3087

Sworn and subscribed before me this

___ Day of ___Sept___, 200__

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Geraldine A. Viti, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Dec. 21, 2011
Member, Pennsylvania Association of Notaries

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Nicole E. Bazzy, Esquire___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Stephen A. Hall, Esquire | *s/ Stephen A. Hall* | 8/27/04 | 84046 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

### SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA  15212
412.995.3158

Sworn and subscribed before me this

___ Day of ___ 200_

Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Geraldine A. Vili, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Dec. 21, 2011
Member, Pennsylvania Association of Notaries

APPENDIX  X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROY D. EAVES,       :  CIVIL ACTION
            :
    Plaintiff,      :
  v.         :
CONSOLIDATED RAIL CORPORATION, :
NORFOLK SOUTHERN RAILWAY COMPANY, : NO. 02-4885
AND CSX TRANSPORTATION, INC.,
    Defendants.

## ORDER

AND NOW, this    Day of      , 20 , it is hereby

ORDERED that the application of Nicole E. Bazzy   , Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

  ☐ GRANTED.

  ☐ DENIED.

                      J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROY D. EAVES,                                :        CIVIL ACTION

        Plaintiff,                       :

        v.                               :
CONSOLIDATED RAIL CORPORATION,               :
NORFOLK SOUTHERN RAILWAY COMPANY,            :
AND CSX TRANSPORTATION, INC.,                :        NO.     02-4885

        Defendants.

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  NICOLE E. BAZZY, ESQUIRE

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Joseph J. Cappelli, Esquire
Cappelli & Mustin
Eight Tower Bridge, Suite 1090
161 Washington Street
Conshohocken, Pennsylvania  19428


s/Nicole E. Bazzy
Signature of Attorney

Nicole E. Bazzy
Name of Attorney

Stephen A. Hall
Name of Moving Party

September 12, 2008
Date